# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RODRIGO RUBEN ESCARCEGA, | No. CV 14-1749-PA (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: June 4, 2017

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE